█ In the Matter of RAQUEL W., Respondent, v LAWRENCE R., Appellant. [823 NYS2d 751]—Appeal from an order of the Family Court, Erie County (Michael F. Griffith, J.), entered November 7, 2005 in a proceeding pursuant to the Uniform Custody Jurisdiction and Enforcement Act. The order, among other things, granted petitioner custody of her two children.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, A.P.J., Martoche, Centra and Pine, JJ.